UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEXAMP, INC.,

                              Plaintiff,               24 Civ. No. 1502 (JGLC)

      -against-                             **PRE-SETTLEMENT**
                                                        **CONFERENCE ORDER**

CONSOLIDATED EDISON, INC. and
ORANGE AND ROCKLAND
UTILITIES, INC.,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Tuesday, June 25, 2024 at 2:30 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 691 197 958#.**

      SO ORDERED.

DATED:    New York, New York
                June 13, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge