## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
NEXAMP, INC.,

                        Plaintiff,                          24 **CIVIL** 1502 (JGLC)

       -against-                                 **<u>JUDGMENT</u>**

CONSOLIDATED EDISON, INC., and ORANGE AND
ROCKLAND UTILITIES, INC.,

                        Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2025, Defendants' motion to dismiss is GRANTED. Claims are dismissed with prejudice. Defendants' motion to seal is GRANTED. All temporarily sealed documents shall remain sealed; accordingly, the case is closed.

**Dated:** New York, New York

      March 28, 2025

                                                               **TAMMI M. HELLWIG**
                                                                **Clerk of Court**

                    **BY:**          *K. Mango*

                                                                **Deputy Clerk**